AMEER A. KHAAFID *vs.* BAY STATE GAS COMPANY. August 12, 1998. *Supreme Judicial Court*, Appeal from order of single justice.

Ameer A. Khaafid (petitioner), who had sought relief from the denial by a District Court judge of "Defendant's Motion for Revise and Revoke of Writ of Real Estate Attachment and Motion for Dismissal of Plaintiff's Complaint," now appeals to the full court under S.J.C. Rule 2:21, 421 Mass. 1303 (1995), from a single justice's denial of relief sought under G. L. c. 211, § 3.

We assume, without deciding, that the denial of the motion is, for purposes of rule 2:21, an interlocutory ruling. The petitioner has not set forth in his memorandum, as rule 2:21 requires, "why review of the trial court decision cannot adequately be obtained on appeal from any final adverse judgment in the trial court or by other available means."

*Judgment affirmed.*

The case was submitted on the papers filed, accompanied by a memorandum of law.

*Ameer A. Khaafid*, pro se.
*Jeffrey W. Dukess* for the defendant.